EMPIRE CITY SUBWAY CO., Limited, v. COLUMBUS & N. A. R. CO.

(Supreme Court, General Term, First Department. May 17, 1895.)

Appeal from special term, New York county.

Action by the Empire City Subway Company, Limited, against the Columbus & Ninth Avenue Railroad Company. From an order denying a motion for an injunction pendente lite, plaintiff appeals. Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Melville Egleston, for appellant.

Elihu Root, for respondent.

FOLLETT, J. The same questions are involved in this appeal as those determined in the case of Empire City Subway Co. v. Broadway & S. A. R. Co. (decided at this term), 33 N. Y. Supp. 1055; and the order in this case is affirmed, with costs, on the opinion delivered in the case referred to. All concur.